**United States District Court**

Southern District of New York

Office of the Clerk

U.S. Courthouse

500 Pearl Street, New York, N.Y. 10007-1213


---- - - - - - - - - - - - - - - - - - - - - - - - --                    NOTICE OF ASSIGNMENT

ASSOC. HOLOCAUST VICTIMS

                                  04  civ. 8456 (LTS)

   V.

                                :

FEDERATION OF RUSSIA

- - - - - - - - - - - - - - - - - - - - - - - -X


     Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is assigned to the calendar of

        JUDGE Laura Taylor Swain

     All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

     The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

                                J. Michael McMahon,

       11/18/04

                               by:  Jenniffer Miller
                               Deputy Clerk


cc:  Attorneys of Record


PS ASSSIGNMENT
Data Quality Control
rm

                                   Revised:  March 9, 2001

Dockets.Justia.com