Jeffrey Harris, JH2121
Max Riederer von Paar
Rubin, Winston, Diercks, Harris & Cooke, LLP
Sixth Floor
1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 861-0870

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ASSOCIATION OF HOLOCAUST VICTIMS FOR RESTITUTION OF ARTWORK AND MASTERWORKS, et al.**<br><br>      **Plaintiffs,**<br> v.<br><br>**FEDERATION OF RUSSIA, et al. and REPUBLIC OF GERMANY,**<br><br>      **Defendants.** | **CV-04-8456 Swain, J.**<br>Electronically Filed |
| **ASSOCIATION OF HOLOCAUST VICTIMS FOR RESTITUTION OF ARTWORK AND MASTERWORKS, et al.**<br><br>      **Plaintiffs,**<br> v.<br><br>**FEDERATION OF RUSSIA, et al. and REPUBLIC OF GERMANY,**<br><br>      **Defendants.** | **CV 04-8457 Swain, J**.<br>Electronically Filed |

**FEDERAL REPUBLIC OF GERMANY'S OPPOSITION TO PLAINTIFFS' ORDER TO SHOW CAUSE RELATED TO PRESERVATION, IDENTIFICATION, INVENTORYING AND LIMITED PRODUCTION OF THE DEUTSCH FILES/DOCUMENTS**

The Federal Republic of Germany[1], by counsel, Rubin, Winston, Diercks, Harris and Cooke, LLP opposes the relief requested in Plaintiffs' Order to Show Cause because this Court lacks subject matter jurisdiction and personal jurisdiction over the Federal Republic of Germany. In support of its opposition, Germany incorporates and restates herein the reasons that this Court lacks jurisdiction as set forth in Germany's Memorandum of Law in Support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction, Insufficiency of Service of Process and Lack of Personal Jurisdiction which was electronically filed on December 9, 2004.

Therefore this Court should vacate the Show Cause order entered by the Court on December 6, 2004 and deny Plaintiff's the relief they seek if it concludes that it lacks jurisdiction.

Dated: December 13, 2004                    Respectfully submitted,

/s/Jeffrey Harris
Jeffrey Harris, Esq. JH2121
Max Riederer von Paar
RUBIN, WINSTON, DIERCKS, HARRIS &
        COOKE, LLP
Sixth Floor, 1155 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 861-0870

---

[1] Plaintiffs have improperly identified the Federal Republic of Germany (hereinafter "Germany") as the Republic of Germany in their complaints and correspondence with the Court.

CERTIFICATE OF SERVICE

      I certify that the above Defendant's Opposition to Plaintiffs' Order to Show Cause was served by prepaid Federal Express for next morning delivery, on December 13, 2004 to the following attorneys for Plaintiff:

      Edward D. Fagan, Esq.
      140 Broadway
      46th Floor
      New York, NY 10005

      Morse Geller, Esq.
      277 Sycamore Street
      West Hempstead, NY 11552

      /s/ Adrienne M. Bauer