UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/12/05
```

Association of Holocaust Victims for
Restitution of Artwork and Masterpieces, et al.,

                Plaintiffs,

-against-

Federation of Russia, et al.,

                Defendants.

No. 04 Civ. 8456 (LTS)(HBP)

ORDER

LAURA TAYLOR SWAIN, District Judge:

        On July 5, 2005, Plaintiffs filed a motion to extend time for Hague Convention service on the defendant governmental entities in an action related to the above-captioned action, <u>Association of Holocaust Victims for Restitution of Artwork and Masterpieces, a/k/a "AHVRAM", et al. v. Republic of Hungary</u>, et al., No. 04 Civ. 8457 (LTS)(HBP). Plaintiffs originally filed the Complaint in this action, as well as the Complaint in the related action, on October 27, 2004. The Court, on February 25, 2005, issued an Order to Show Cause why this action (as well as the related action) should not be dismissed for failure to prosecute. Plaintiffs responded to the Order to Show Cause in the related action, No. 04 Civ. 8457, only. To the extent Plaintiffs intend to pursue the above-captioned action, Plaintiffs shall complete service of process on the Defendants under the Hague Convention, or as is otherwise appropriate, no later than Monday, October 31, 2005.

        SO ORDERED.

Dated:    New York, New York
            July 11, 2005

                                        LAURA TAYLOR SWAIN
                                        United States District Judge

ExtendTimeforService.wpd    version 07/11/05

Copies mailed AHV/P/HF 7/12/05
Chambers of Judge Swain