UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSOCIATION OF HOLOCAUST VICTIMS
FOR RESTITUTION OF ARTWORK
AND MASTERPIECES, et al.,

          Plaintiffs,

-v-

FEDERATION OF RUSSIA, et al.,

          Defendants.

No. 04 Civ. 8456 (LTS)(HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/02/05

Order of Dismissal

      Plaintiffs commenced this action with the filing of a Complaint, as well as the filing of a Complaint in a related action, Association of Holocaust Victims for Restitution of Artwork and Masterpieces, a/k/a "AHVRAM", et al. v. Republic of Hungary, et al., No. 04 Civ. 8457 (LTS)(HBP), on October 27, 2004. On February 25, 2005, the Court issued an Order to Show Cause why the above-captioned action (as well as the related action) should not be dismissed for failure to prosecute in light of Plaintiff's failure to appear for scheduled pretrial conferences.

      Plaintiffs responded to the Order to Show Cause in the related action, No. 04 Civ. 8457, only. On July 5, 2005, Plaintiffs filed a motion to extend time for Hague Convention service on the defendant governmental entities in the related action, but not in the above-captioned action. By order dated July 11, 2005, the Court directed Plaintiffs to complete service of process on the Defendants in the above-captioned action under the Hague Convention, or as was otherwise appropriate, no later than Monday, October 31, 2005. Court records reflect that Plaintiffs have taken no further steps to prosecute this action. Accordingly, this action is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated:    New York, New York
           December 2, 2005

                                        LAURA TAYLOR SWAIN
                                        United States District Judge